# Third District Court of Appeal
## State of Florida

Opinion filed March 24, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-0104
Lower Tribunal Nos. 20-0080 AP, 14-24966 SP

————————

**Advanced Health & Wellness, Inc., etc.,**
Appellant,

vs.

**Mercury Insurance Company of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Diana Gonzalez-Whyte, Judge.

Stuart B. Yanofsky, P.A., and Stuart B. Yanofsky (Plantation), for appellant.

Conroy Simberg and Hinda Klein (Hollywood), for appellee.

Before FERNANDEZ, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.